## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **ANAYA WOOLFOLK** | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| **V.** | ) |
| | ) **Case Number:** 1:24-CV-5288 |
| **EXPERIAN INFORMATION** | ) |
| | ) |
| **SOLUTIONS, INC.** | ) |
| | ) |
| | ) |
| **Defendants** | ) |
| | ) |

---

## INTRODUCTION

This is an action for damages brought by Plaintiff Anaya Woolfolk ("ANAYA WOOKFOLK"), an individual consumer, seeking actual, statutory damages, and costs against defendant EXPERIAN INFORMATION SOLUTIONS, INC. (hereinafter "Experian") ("Defendant") respectfully alleges violations of the Fair Credit Reporting Act (hereinafter "FCRA"), 15 U.S.C. § 1681 et seq where plaintiff disputed erroneous information and defendant failed to conduct a reasonable reinvestigation resulting in harm to plaintiff.

## JURISDICTION AND VENUE

1. Jurisdiction of this court arises under 15 U.S.C. § 1681p ("FCRA") and 28 U.S.C. § 1331 because the complaint alleges a federal claim and requires the resolution of substantial questions of federal law.

2. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b) and because defendants transact business in Atlanta, Georgia where a substantial part of the events and omissions giving rise to Plaintiff's claims occurred.

3. The Court's exercise of personal jurisdiction over defendants is valid because a substantial part of the events and omissions giving rise to plaintiff's claim occurred within the Court's jurisdiction.

## PARTIES

4. Plaintiff is a natural person residing in Atlanta, Fulton County, Georgia.

5. Plaintiff is "an individual" as that term is defined by the FCRA 15 U.S.C. § 1681a(c).

6. Defendant EXPERIAN INFORMATION SOLUTIONS, INC. is a credit reporting agency that compiles and maintains files on consumers on a nationwide basis for the purpose of furnishing

2

consumer reports to third parties bearing on a consumer's creditworthiness, credit standing, or credit capacity.

7.  EXPERIAN INFORMATION SOLUTIONS, INC. is a corporation whose principal place of business is located at 475 Anton Blvd Costa Mesa, California 92626. Experian's registered agent is C T Corporation System, 289 S Culver St, Lawrenceville, GA 30046.

8.  Upon information and belief, Experian is a "consumer reporting agency" that compiles and maintains files on consumers on a nationwide basis as defined by 15 U.S.C. § 1681a(p).

9.  Upon information and belief, Experian regularly engaged in the business of compiling and maintaining files on consumers on a nationwide basis for the purpose of furnishing consumer reports to third parties bearing on a consumer's creditworthiness, credit standing, or credit capacity.

10. Defendant Experian conducts business in Georgia.

## FACTUAL ALLEGATIONS COMMON TO ALL COUNTS

**A. Plaintiff's Credit Report Contains Inaccurate Personal Information and Adverse Tradelines, Which Plaintiff Disputed to No Avail**

11. Plaintiff obtained a copy of her Experian credit report in or around November 2023 and discovered that Defendant was reporting numerous incorrect items. These included inaccurate account information, names, addresses, a phone number, and employment data that did not belong to her.

12. Upon reviewing the credit report, Plaintiff identified three erroneously furnished accounts:

    • CAPITAL ONE - 549112XXXXXX

    • CAPITAL ONE - 549112XXXXXX

    • DISCOVER BANK - 601100XXXXXX

13. Additionally, Plaintiff discovered an inaccurate address listed on the report: **1639 LINKS OVERLOOK, STONE MOUNTAIN, GA 30088-3757**, to which Plaintiff has never resided or been associated. Upon further investigation, Defendant Experian made Plaintiff aware that the inaccurate address was tied to the three erroneous accounts.

14. Plaintiff has always maintained accurate and up-to-date address information with all relevant parties, including financial institutions, utility companies, and government agencies.

15. Plaintiff promptly disputed all inaccurate information, which she believes resulted from alleged identity theft. Specifically, Plaintiff disputed the following accounts:

- CAPITAL ONE - 549112XXXXXX
- CAPITAL ONE - 549112XXXXXX
- DISCOVER BANK - 601100XXXXXX

16. Plaintiff has made multiple attempts to dispute the inaccurate information with the consumer reporting agencies by submitting written disputes and supporting documentation.

**B. Plaintiff's Written Dispute and Experian's Failure to Investigate**

17. On or about November 19, 2023, after discovering the erroneous address and tradelines, Plaintiff promptly mailed a dispute letter and submitted a complaint to the Consumer Financial Protection Bureau (CFPB) under the following reference number 231119-12544261 - EXPERIAN - 11/19/2023.

18. On or about November 19, 2023, Plaintiff mailed a formal dispute letter to TransUnion, Equifax, and Experian challenging the accuracy of the information.

19. Despite Plaintiff's detailed dispute and Experian's legal obligation to conduct a reasonable reinvestigation, Experian failed to adequately investigate the disputed information, resulting in the continued reporting of inaccurate and derogatory tradelines.

20. Upon information and belief, and in accordance with the provisions of the Fair Credit Reporting Act, Plaintiff has reasonable cause to believe that the consumer reporting agencies, TransUnion and Equifax, have deleted the disputed information due to its inaccurate, incomplete, or unverified nature. The inaccurate information reported by Defendant was not corrected.

21. As a result of Plaintiff's continued efforts to dispute the inaccurate reporting, she mailed another detailed written dispute letter to Experian in January 2024, March 2024, May 2024, and September 2024.

22. In her letters, Plaintiff reiterated that the address listed on her credit report, **1639 LINKS OVERLOOK, STONE MOUNTAIN, GA 30088-3757**, was inaccurate and should be re-investigated. Plaintiff

requested that the inaccurate address, along with all derogatory reporting tied to it, be updated or deleted to ensure the accuracy and completeness of her credit report as required by the FCRA. The disputed information was not corrected.

23. Plaintiff followed up by submitting additional disputes through the CFPB website to Experian.

   o 240305-13525502 - EXPERIAN - 03/05/2024

   o 240407-13870277 - EXPERIAN - 04/07/2024

   o 240907-15954429 - EXPERIAN LEGAL - 09/07/2024

   o 240907-15954428 - EXPERIAN CONSUMER FRAUD DIVISION - 09/07/2024

   o 240907-15954238 - EXPERIAN - 09/07/2024

**C. Experian's Failure to Provide Method of Verification**

24. Experian has failed to provide Plaintiff with their method of verification for the disputed information.

25. Despite Plaintiff's repeated requests for clarification, Defendant has not disclosed how they verified the erroneous accounts or address, nor have they provided any proof that the information is accurate.

**D. Harmful Impact on Plaintiff's Ability to Obtain Financing and Credit**

26. Plaintiff's efforts to correct the inaccuracies in her credit report have been unsuccessful, and as a result, she continues to suffer significant harm. The inaccurate and fraudulent information on her credit report is preventing Plaintiff from purchasing a home and securing the necessary funding to start and grow her business.

27. The ongoing reporting of erroneous information is detrimental to Plaintiff's financial future and opportunities.

**E. Plaintiff's Continued Suffering and Damages**

28. Plaintiff continues to suffer as of the filing of this Complaint due to Defendant's failure to investigate her disputes or correct her credit report. The inaccurate information is being used to calculate Plaintiff's credit score, which is critical for loan approvals, credit applications, and other financial decisions. This misinformation adversely affects creditworthiness and is misleading to lenders, employers, and other third parties who rely on the Plaintiff's credit report to make decisions.

29. Upon information and belief, Defendant is using the Automated Consumer Dispute Verification (ACDV) system to data match the

inaccurate address in order to verify the fraudulent Capital One and Discover tradelines.

30. Despite Plaintiff's persistent efforts to rectify the situation, including multiple disputes and requests for verification, these inaccuracies continue to be reported on her credit file. This ongoing failure to correct the erroneous information is causing Plaintiff significant frustration, financial harm, and continued disruption in her efforts to secure credit, obtain a home loan, and access funding for her business. The use of the ACDV system without proper verification or investigation further exacerbates the harm to Plaintiff's creditworthiness and overall financial well-being.

31. Experian's failure to investigate or correct the inaccuracies violates the Fair Credit Reporting Act (FCRA), which mandates that consumer reporting agencies maintain and report accurate information.

32. As of the filing of this Complaint, Plaintiff is unaware of any action by Experian to conduct an independent investigation or contact Plaintiff to resolve these disputes.

**F. Relief Sought**

33. Plaintiff seeks to have the inaccurate address and associated erroneous tradelines removed from her credit report and to be awarded appropriate damages for the harm caused by Defendant's failure to correct the inaccurate information in a timely manner. Plaintiff's damages include, but are not limited to:

   1. Monies lost by attempting to fix her credit, including postage, ink, paper, and time spent.

   2. Loss of time and effort spent attempting to cure the errors.

   3. Mental anguish, stress, and emotional distress caused by Defendant's failure to correct the errors, affecting Plaintiff's quality of life.

   4. A reduction in Plaintiff's credit score.

   5. Apprehension and reluctance to apply for credit due to fear of rejection.

   6. Defamation caused by the publication of inaccurate information to third parties.

   7. Denials in the extension of new lines of credit.

34. Plaintiff respectfully requests that this Court grant appropriate relief, including the removal of erroneous information, damages for harm

caused by Defendant's actions, and any other relief deemed just and proper.

## COUNT I

## NEGLIGENT VIOLATION OF THE FAIR CREDIT REPORTING ACT

### *FCRA 15 U.S.C.§§ 1681e(b) and 1681i*

35. Plaintiff re-alleges and reaffirms the above paragraphs as though fully set forth herein.

36. On at least one occasion within the past year, by example only and without limitation,  Experian violated 15 U.S.C. § 1681i(a)(1)(A) by failing to conduct a reasonable reinvestigation with respect to the disputed information.

37. On at least one occasion within the past year, by example only and without limitation, Experian violated 15 U.S.C. § 1681i(a)(4) by failing to review and consider all relevant information submitted by Plaintiff with respect to the disputed information.

38. On at least one occasion within the past year, by example only and without limitation, Experian violated 15 U.S.C. § 1681i(a)(5) by failing to delete inaccurate information from Plaintiff's credit report after failing to verify its accuracy.

39. Additionally, Experian negligently failed to report the accounts identified by Plaintiff as "disputed" in violation of 15 U.S.C. § 1681i(c).

40. Experian has negligently failed to comply with the Fair Credit Reporting Act (FCRA). The failures of Experian to comply with the FCRA include, but are not limited to, the following:

- The failure to follow reasonable procedures to assure the maximum possible accuracy of the information reported;

- The failure to correct erroneous personal information regarding Plaintiff after a reasonable request by Plaintiff;

- The failure to remove and/or correct the inaccuracy and derogatory credit information after a reasonable request by Plaintiff;

- The failure to promptly and adequately investigate information which Experian had notice was inaccurate;

- The continual placement of inaccurate information into Plaintiff's credit report after being advised by Plaintiff that the information was inaccurate;

- The failure to note in Plaintiff's credit report that Plaintiff disputed the accuracy of the information;

- The failure to promptly delete information that was found to be inaccurate, or could not be verified, or that the source of the information had advised Experian to delete; and

- The failure to take adequate steps to verify information Experian had reason to believe was inaccurate before including it in Plaintiff's credit report.

41. The conduct, action, and inaction of Experian were negligent, thereby rendering Experian liable for actual, statutory, and punitive damages, in an amount to be determined by a judge and/or jury pursuant to 15 U.S.C. § 1681o.

42. Plaintiff is entitled to recover reasonable costs and attorneys' fees from Experian in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681o(a)(2).

43. As a result of the conduct, action, and inaction of Experian, Plaintiff suffered damages including loss of credit, loss of ability to purchase and benefit from credit, emotional distress, mental and emotional pain, anguish, humiliation, and embarrassment due to credit denial.

**COUNT II:**

**WILLFUL VIOLATION OF THE FAIR CREDIT REPORTING ACT**

## FCRA 15 U.S.C. § 1681b(f)

44. Plaintiff re-alleges and reaffirms the above paragraphs as though fully set forth herein.

45. Defendant Experian prepared and issued consumer credit reports concerning Plaintiff which previously included inaccurate reporting of erroneous CAPITAL ONE - 549112XXXXXX, CAPITAL ONE - 549112XXXXXX, and DISCOVER BANK - 601100XXXXXX tradelines and continues to include the same inaccurate information.

46. In or around November 2024, Plaintiff checked her credit report and noticed that there was erroneously furnished tradelines. In response, Plaintiff promptly reported this inaccurate and derogatory information to Experian.

47. Despite being notified of the fraudulent and inaccurate reporting, Experian verified the alleged consumer debt and failed to remove the accounts from Plaintiff's credit report.

48. As of the filing of this complaint, derogatory and inaccurate information remains on Plaintiff's credit report.

49. Experian is engaged in the business of credit reporting and is commonly referred to as a "Credit Bureau." It regularly obtains and

analyzes financial information about consumer transactions and experiences.

50. Experian is a "consumer reporting agency" as defined by 15 U.S.C § 1681a(f), and compiles the information into "credit reports," which it provides to third parties.

51. Despite receiving Plaintiff's dispute regarding fraudulent and inaccurate tradelines, Experian continues to report Plaintiff's accounts for an unpaid balance associated with the CAPITAL ONE - 549112XXXXXX, CAPITAL ONE - 549112XXXXXX, and DISCOVER BANK - 601100XXXXXX tradelines.

52. The continued reporting of this account status is significant, as it negatively impacts Plaintiff's creditworthiness and credit score, leading lenders to believe Plaintiff has substantial unpaid consumer debt.

53. Experian failed to conduct a reasonable investigation or reinvestigation, neglecting to review and consider all relevant information submitted by Plaintiff. Instead, Experian deferred to its internal procedures without making any independent inquiry or reaching out to Plaintiff or any other relevant parties. This lack of due diligence further demonstrates Experian's failure to fulfill its

obligations under the Fair Credit Reporting Act to ensure the accuracy of Plaintiff's credit report.

54. Despite possessing evidence provided by Plaintiff that the information was inaccurate, Experian failed to correct the information.

55. Experian's failure to establish or follow reasonable procedures to assure the maximum possible accuracy of Plaintiff's credit reports and files is demonstrated by their continued reporting of inaccurate information despite being in possession of contrary evidence.

56. Experian's conduct, inaction, and procedures in handling Plaintiff's dispute were willful, demonstrating a reckless disregard for the FCRA's requirements.

57. On at least one occasion within the past year, Experian violated 15 U.S.C. § 1681e(b) by failing to establish or follow reasonable procedures to assure the maximum possible accuracy in the preparation of the credit reports and credit files maintained concerning Plaintiff.

58. Experian's procedures were per se deficient, as they failed to ensure the maximum possible accuracy of Plaintiff's credit reports and credit files during the investigation and reinvestigation of Plaintiff's dispute.

59.As a result of Experian's willful violation of the FCRA, Plaintiff has

suffered damages, including loss of credit, loss of ability to purchase

and benefit from credit, emotional distress, mental and emotional

pain, anguish, humiliation, and embarrassment due to credit denial.

## PRAYER FOR RELIEF

WHEREFORE, Defendant respectfully requests that the Court:

1) For preliminary and permanent injunctive relief to stop Defendants from engaging in the conduct described above;

2) Award statutory and actual damages pursuant to 15 U.S.C. § 1681n and 15 U.S.C. § 1681o;

3) Award punitive damages in order to deter further unlawful conduct pursuant to 15 U.S.C. § 1681n;

4) Award attorneys' fees and costs of suit incurred herein pursuant to 15 U.S.C. §§ 1681n and 1681o;

5) That judgment be entered against Defendant for actual and monetary damages accrued by Plaintiff as a result of Defendant' violations;

6) Grant such other and further relief as the Court deems just and proper.

## VI. JURY DEMAND

The plaintiff respectfully demands a jury trial on all triable matters.

Respectfully Submitted,

Dated: November 18, 2024

By: /s/ _____

Anaya Woolfolk- Pro Se
Plaintiff
1650 Marietta Blvd Unit C17
Atlanta, GA 30318
Telephone: (404) 453-1855
anayalwoolfolk@gmail.com

## **L.R. 5.1 (C) Certificate of Compliance**

Per L.R. 5.1 (C), I certify that this pleading was prepared in Times New Roman, 14 point typeface.

Dated: November 18, 2024

By: /s/
Anaya Woolfolk-Pro Se
Plaintiff
1650 Marietta Blvd Unit C17
Atlanta, GA 30318
Telephone: (404) 453-1855
anayalwoolfolk@gmail.com

# CERTIFICATE OF SERVICE

This is to certify that on the date set out below, the undersigned served all parties to this action with a true copy/true copies of the complaint by depositing the same in the U.S. Mail, postage prepaid, addressed as follows:

**Defendant:**

**C T Corporation System**

**C/O Experian**

289 S Culver St

Lawrenceville, GA 30046.

Respectfully Submitted,

Dated: November 18, 2024

By: /s/_____

Anaya Woolfolk- Pro Se

Plaintiff

1650 Marietta Blvd Unit C17

Atlanta, GA 30318

Telephone: (404) 453-1855

anayalwoolfolk@gmail.com

Exhibit A

Anaya Woolfolk
400 17th ST NW
2231
Atlanta, GA 30363

**Subject: Dispute of Fraudulent Accounts**

To Whom It May Concern,

I am writing to dispute certain accounts listed on my credit report, as I have good reason to believe that my identity has been stolen and used without my permission. Please treat this correspondence as an official dispute and kindly follow the procedures outlined in the Fair Credit Reporting Act (FCRA) to conduct a thorough investigation into this matter.

The following accounts appear on my credit report, and I have no knowledge of them or any transactions associated with them:

- **CAPITAL ONE - 549112XXXXXX**
- **CAPITAL ONE - 549112XXXXXX**
- **DISCOVER BANK - 601100XXXXXX**

I suspect that these accounts have been opened fraudulently, and that my personal information has been unlawfully shared or accessed without my consent. This constitutes a serious invasion of my privacy.

I am taking the necessary steps to rectify the situation, including filing a report with the appropriate authorities and contacting the creditors involved. I request that you conduct a thorough investigation into this information and block any fraudulent entries resulting from identity theft from my credit report as soon as possible.

Enclosed, please find copies of my photo identification, supporting identifying documents, and an identity theft affidavit filed with the Federal Trade Commission. Should you require any additional information from me, please do not hesitate to reach out.

Thank you for your prompt attention to this matter.

Sincerely,


Anaya Woolfolk

FEDERAL TRADE COMMISSION
# Identity Theft Report

FTC Report Number:
166462955

I am a victim of identity theft. This is my official statement about the crime.

## Contact Information

| First Name: | | Last Name: | |
|---|---|---|---|
| Anaya | | Woolfolk | |
| **Address:** | **Phone:** | | **Email:** |
| USA | 404-453-1855 | | |

## Personal Statement

I am a victim of identity theft. My personal information has been used without my authorization. Please remove this information from my credit report please. Fraudulent information: 1. SYNCB/HMDS - 601919XXXXXX Opened: November 18, 2021, 2. SYNCB/HMDS - 601919XXXXXX Opened: November 18, 2021, 3. TBOM/ATLS/ASPIRE - 550114XXXXXXXXXX Opened: April 4, 2022 Fraudulent inquiries: 1. CAP ONE NA - Feb 24, 2022, 2. DISCOVER FINANCIAL SER - Jan 7, 2022, 3. ONEMAIN - Jan 2, 2023, 4. TBOM/ATLS/ASPIRE - Apr 4, 2022, 5. CRBUPSTART NETWORK INC - 01/10/2022 , 6. SALLIE MAE BANK - 01/07/2022, 7. SYNCHRONY FINANCIAL - 11/18/2021

## Accounts Affected by the Crime

| Credit Card Opened by the Thief | |
|---|---|
| **Company or Organization:** | CAPITAL ONE |
| **Account Number:** | 549112XXXXXX |

| Credit Card Opened by the Thief | |
|---|---|
| **Company or Organization:** | CAPITAL ONE |
| **Account Number:** | 549112XXXXXX |

| Credit Card Opened by the Thief | |
|---|---|
| **Company or Organization:** | DISCOVER BANK |
| **Account Number:** | 601100XXXXXX |

| Credit Card Opened by the Thief | |
|---|---|
| **Company or Organization:** | JEFFERSON CAPITAL SYST |
| **Account Number:** | 370068XXXX |

| Credit Card Opened by the Thief | |
|---|---|
| **Company or Organization:** | UPSTART NETWORK INC |
| **Account Number:** | L24034XX |

**Fraudulent Information on Credit Reports**

| Accounts or Charges | Yes, fraudulent accounts or charges appear on my credit report |
|---|---|
| Personal Information | **Addresses:** 1639 Links overlook,1458 Rockmoor Ct,1011 NW<br>**Employment Information:** Hands on atlanta |
| Credit Inquiries | ONEMAIN - Jan 2, 2023 DISCOVER FINANCIAL SER - Jan 7, 2022 CAP ONE NA - Feb 24, 2022 |

**Under penalty of perjury, I declare this information is true and correct to the best of my knowledge.**

I understand that knowingly making any false statements to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

**Anaya Woolfolk**                                                     **11/18/2023**
Anaya Woolfolk                                                          Date

Use this form to prove to businesses and credit bureaus that you have submitted an FTC Identity Theft Report to law enforcement. Some businesses might request that you also file a report with your local police.

Exhibit B

PO Box 805
Woodlyn, PA 19094-0805

05/05/2024



PJZ8EJ00100014-I000105-151186316

ANAYA L. WOOLFOLK
400 17TH ST NW UNIT 2231
ATLANTA, GA 30363-1056

Dear ANAYA L. WOOLFOLK,

We understand that recently something on your credit report did not seem right to you. We take this matter seriously, and we want to make sure your TransUnion credit report is accurate. It's our commitment to you.

Our investigation of the dispute you submitted is now complete. After a review of your dispute and any provided documentation, we took one or more of the following action(s):

1. Updated your credit report based on the information you provided; OR
2. Determined that the information you disputed either does not appear on your credit file or already shows the requested status; OR
3. Determined that the data furnisher had previously verified the reported information. If any of the items you disputed were previously verified, a separate communication was sent to you listing those items along with the data furnisher's contact information; OR
4. Asked the data furnisher reporting the information you disputed to do all of the following:
   - Review relevant information we sent them, including any provided documents
   - Investigate your dispute and verify whether the information they report is accurate
   - Provide us a response to your dispute and update any other information
   - Update their records and systems, if necessary;

Should you wish to receive the above description of the procedures we used to investigate your dispute in a separate communication for your records, please contact TransUnion.

Your dispute is important. In the pages that follow, you will see your detailed investigation results, including the name and contact details of the source of the information. Please review the results carefully. To view a full copy of your credit report and for more information about how to read your credit report, please visit www.transunion.com/fullreport.

## How to Read Your Investigation Results

You will see that, for each disputed item, a summary explanation appears in the gray box, followed by a brief paragraph describing the results of our investigation, followed by a view of how the item appears in your updated credit report. Please note any changes we made to personal information (name, address, employment, SSN, date of birth) will appear at the end of **Your Investigation Results.**

# Your Investigation Results

**INVESTIGATION RESULTS - DELETED:  The disputed item(s) was removed from your credit report.**

**CAPITAL ONE** #549112979010**** ( P O Box 31293, Salt Lake City, UT 84131, (800) 955-7070 )
In response to your dispute, this item was **DELETED** from your credit report.

**CAPITAL ONE** #517805920661**** ( P O Box 31293, Salt Lake City, UT 84131, (800) 955-7070 )
In response to your dispute, this item was **DELETED** from your credit report.

**DISCOVER BANK** #601100216413**** ( PO BOX 30939, SALT LAKE CITY, UT 84130, (800) 347-2683 )
In response to your dispute, this item was **DELETED** from your credit report.



# EQUIFAX

CREDIT FILE : March 22, 2024

Confirmation # 4070546141

00006648- DISC
ANAYA L WOOLFOLK
400 17TH ST NW UNIT 2231
ATLANTA, GA 30363-1056

P.O. Box 105069
Atlanta, GA 30348

Dear ANAYA L WOOLFOLK:

We are pleased to let you know that the results of the dispute you recently filed with Equifax are complete. Here are a few things to know about the process:

**Were changes made to my credit report and what actions were taken?**

Please see the following page(s) for more detailed information on your specific results.

If we were able to make changes to your credit report based on the information you provided, we have done so. Otherwise, we contacted the company reporting the information to Equifax for them to investigate your dispute.

In this situation:

- We request that the reporting company verify the accuracy of the information you disputed;

- We provide them with any relevant information and supporting documentation you provided us with the dispute to consider as part of the investigation; and

- We request that they send Equifax a response to your dispute and update their records and systems, as necessary.

If your dispute involves a public record item, Equifax contacts a third party vendor to obtain the most recent status of the public record.

**How do I know that all of this is happening?**

When the reporting company replies to us, they certify that they have followed Equifax's instructions and the law; considered all information and documentation provided; and updated your information, as necessary.

**What should I do if I do not agree with the results of the investigation?**

You have a few options:

(End of Report)
000006648-DISC

4070546141-ATN-0d290136000000c8-032220



### What else should I know?

If there has been a change to your credit report based on your dispute, or if you add a consumer statement, you may request that Equifax send an updated report to companies who received your credit report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of California, Colorado, Maryland, New York and New Jersey residents).

Also, if you are interested, you may request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of your disputed information.

For frequently asked questions about your credit report and the dispute process, please visit Equifax at https://help.equifax.com/.

As always, we thank you for contacting Equifax and the results of your dispute are on the pages following this letter.

### How should I read my dispute results?

To better assist you with understanding the results of your dispute, please review the information below:

- If an item states **"Deleted"**, we have removed it from your credit report and taken steps so it does not reappear.
- If an item states **"Verified as Reported"**, the reporting company has certifed it is reporting accurately.
- If an item states **"Updated"**, we have updated one or more fields on the item based on information received from the reporting company.

Updated disputed account information only: **The information you disputed has been updated.**

Updated disputed account information. Additional account information was also updated: **The information you disputed has been updated as well as other information on this item.**

Disputed information accurate. Updated account information unrelated to the dispute: **The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated.**

Consumer's dispute not specific. Consumer information verified. Account information updated: **Information on your report has been updated.**

**The Results Of Our Reinvestigation**

**>>> We have reviewed your concerns and our conclusions are:** ADVERSE ACCOUNTS THAT HAVE NOT BEEN PAID IN FULL WILL AUTOMATICALLY BE DELETED SEVEN YEARS FROM THE DATE OF FIRST DELINQUENCY.

**>>>** THE DISPUTED ITEM IS NOT CURRENTLY REPORTING ON THE EQUIFAX CREDIT FILE. **Company Name: DISCOVER BANK; Account Number: *1100**

**>>>** THE DISPUTED ITEM IS NOT CURRENTLY REPORTING ON THE EQUIFAX CREDIT FILE. **Company Name: CAPITAL ONE; Account Number: *7112**

(End of Report)
000006648-DISC

4070546141-ATN-0d290136000000c8-03222024

>>> PLEASE BE ADVISED THAT THE DISPUTED ITEM IS NOT REPORTING ON YOUR EQUIFAX CREDIT FILE. *1639 LINKS OVERLOOK; STONE MOUNTAIN GA 30088*

**Credit Account Information**
*(For your security, the last 4 digits of account number(s) have been replaced by *) (This section includes open and closed accounts reported by credit grantors)*

| Account History Status Code Descriptions | 1 : 30-59 Days Past Due<br>2 : 60-89 Days Past Due<br>3 : 90-119 Days Past Due<br>4 : 120-149 Days Past Due | 5 : 150-179 Days Past Due<br>6 : 180 or More Days Past Due<br>G : Collection Account<br>H : Foreclosure | J : Voluntary Surrender<br>K : Repossession<br>L : Charge Off |
|---|---|---|---|

>>> *Information on your report has been updated. Account # - *0769 The results are:* THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE. If you have additional questions about this item please contact: *CAPITAL ONE BANK USA NA, PO BOX 31293, Salt Lake City, UT 84131-1293 Phone: (800) 955-7070*

(End of Report)
000006648-DISC

4070546141-ATN-0d290136000000c8-03222024

Exhibit C

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ATTN: LEGAL DEPT
EXPERIAN INFORMATION
SOLUTIONS, INC
PO BOX 4500
ALLEN, TX 75013

9590 9402 8502 3186 2974 38

2. Article Number (Transfer from service label)

9589 0710 5270 0508 8086 48

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

701 EXPERIAN PARKWAY

MAY 17 2024

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

ANAYA WOOLFOLK
400 17TH ST NW
APT 2231
ATLANTA GA 30363

INTENT TO PURSUE LITIGATION

RE: FOLLOW-UP DISPUTE
I HAVE DISPUTED THE FOLLOWING
ADDRESS AND ACCOUNTS. THIS INFORMATION
IS INACCURATE AND IS NOT AN
ACCURATE REFLECTION OF MY
CREDIT REPORT.

DISPUTE 1: INACCURATE ADDRESS

I HAVE NEVER LIVED AT/OR BEEN
ASSOCIATED WITH THIS ADDRESS:

1639 LINKS OVERLOOK
STONE MOUNTAIN, GA 30088-3757

THIS INACCURATE ADDRESS ON MY CREDIT
REPORT IS TIED TO NEGATIVE
AND INACCURATE ACCOUNT INFORMATION.
PLEASE CONDUCT A REASONABLE INVESTIGATION
INTO THIS MATTER AS REQUIRED BY
THE FCRA. PLEASE SEND ALL DOCUMENTATION
THAT YOUR AGENCY COMPILED TO TIE
THIS ADDRESS AND THIS NEGATIVE
ACCOUNT INFORMATION TO ME.

ACCOUNT INFORMATION IN DISPUTE:

1. CAPITAL ONE — 517895 XXXXXX
2. CAPITAL ONE — 599112 XXXXXX
3. DISCOVER BANK — 601100 XXX XXX
4. ALL OTHER INFORMATION TIED TO ADDRESS

ANY ASSOCIATION WITH THESE ACCOUNTS AND ADDRESS ARE ALL WITHOUT MY KNOWLEDGE.

PLEASE PROVIDE ALL RECORDS RELATED TO THESE ACCOUNTS INCLUDING BUT NOT LIMITED TO:

- APPLICATION RECORDS OR SCREEN PRINTS OF INTERNET/PHONE APPLICATION
- STATEMENTS/INVOICES
- PAYMENT/CHARGE SLIPS
- INVESTIGATORS SUMMARY
- DELIVERY ADDRESSES
- ALL RECORDS OF PHONE NUMBERS USED TO ACTIVATE OR ACCESS THE ACCOUNT
- ANY OTHER DOCUMENTS ASSOCIATED WITH THE ACCOUNT.

PLEASE SEND ALL RECORDS TO ABOVE ADDRESS.

SINCERELY,

PAGE 2

Exhibit D

PO Box 9701
Allen, TX 75013



0010812   02 AB 0.593  **AUTO   H6 2 7247 30363-105656    -C02-P10822-I
ANAYA LACHAUN WOOLFOLK
400 17TH ST NW UNIT 2231
ATLANTA GA 30363-1056



# Your Dispute Results

Report # **1539-2172-38** for **Oct 23, 2024**



# Hi, Anaya Lachaun. Welcome to your Dispute Results.

Our reinvestigation of the dispute(s) and/or other request(s) you recently submitted is now complete. If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

CAPITAL ONE
517805920661....
PLEASE REFER TO YOUR CREDIT REPORT

DISCOVER BANK
601100216413....
PLEASE REFER TO YOUR CREDIT REPORT

CAPITAL ONE
549112979010....
PLEASE REFER TO YOUR CREDIT REPORT

Some of the information contained in your consumer disclosure may have been obtained from another consumer reporting agency, Clarity Services Inc. a part of Experian. Information may be reflected differently, and additional information may be available. To view all information maintained by Clarity Services Inc., a part of Experian, at no charge to you, please call (866) 390-3118 or submit your request by mail to PO Box 16, Allen, TX, 75013. You may also access your Clarity Credit Report and Clarity Credit Score by visiting https://consumers.clarityservices.com/reports.

In response to your recent request, we are sending your dispute results. Before contacting us, please review this report carefully. If you disagree with an item, you may dispute it. We will process disputes generally by sending your dispute to the furnisher of the information or to the vendor who collected the information from a public record. If we were able to make changes to your credit report based on information you provided, or if you requested the addition of a statement, we have done so. Otherwise, we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

# How to Read Your Results

7247-02-00-0010812-0008-0075176

Deleted - This item was removed from your credit report. Remains - The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. Updated (Your results will indicate which one of the following applies.) - a) The information you disputed has been updated. Please review your report for the details. b) The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details. c) Information on this item has been updated. Please review your report for the details. Processed - This item was either updated or deleted; Please review your report for the details. Verified and Updated - The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated. Please review your report for the details.

## Here are your results

## Still pending

**CAPITAL ONE** 549112979010.... Projected completion date: Nov 14, 2024
**DISCOVER FINANCIAL SVCS**  Projected completion date: Nov 14, 2024
**DISCOVER FINANCIAL SVCS**  Projected completion date: Nov 14, 2024
**DISCOVER FINANCIAL SVCS**  Projected completion date: Nov 14, 2024
**DISCOVER FINANCIAL SVCS**  Projected completion date: Nov 14, 2024
**DISCOVER FINANCIAL SVCS**  Projected completion date: Nov 14, 2024
**DISCOVER FINANCIAL SVCS**  Projected completion date: Nov 14, 2024
**DISCOVER FINANCIAL SVCS**  Projected completion date: Nov 14, 2024
**DISCOVER FINANCIAL SVCS**  Projected completion date: Nov 14, 2024
**DISCOVER FINANCIAL SVCS**  Projected completion date: Nov 14, 2024
**DISCOVER BANK** 601100216413.... Projected completion date: Nov 14, 2024
**CAPITAL ONE** 517805920661.... Projected completion date: Nov 14, 2024

If the reinvestigation does not resolve your dispute, you have the right to add a statement of up to 100 words to your file disputing the accuracy or completeness of the information.

If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you. You may contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly. You may provide us additional information or documents about your dispute to help us resolve it by visiting www.experian.com/upload. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas 75013.

You may file a complaint about Experian or the company reporting the item, with the Consumer Financial Protection Bureau or your State Attorney General's office. If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement, you may request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of Colorado, Maryland or New York), or within the last year for any non-employment purpose under the California Investigative Consumer Reporting Agencies Act. If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is not specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment or apartment rental. If you request to have your results sent to past recipients of your investigative consumer report, you have the right to designate which entities you wish to receive the updated report and which entities you do not wish to receive the update. If interested, you may also request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of information. For frequently asked questions about your credit report, please visit experian.com/consumerfaqs.

Medical Information

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others they display only as "MEDICAL PAYMENT DATA." Consumer statements included on your report at your request that contain medical information are disclosed to others.

# Payment History Legend

| | | | |
|---|---|---|---|
| **OK** Current / Terms met | **150** Past due 150 Days | **VS** Voluntarily surrendered | **D** Defaulted on contract |
| **30** Past due 30 Days | **180** Past due 180 Days | **R** Repossession | **C** Collection |
| **60** Past due 60 Days | **CRD** Creditor received deed | **PBC** Paid by creditor | **CO** Charge off |
| **90** Past due 90 Days | **FS** Foreclosure proceedings started | **EC** Insurance claim | **CLS** Closed |
| **120** Past due 120 Days | **F** Foreclosure | **G** Claim filed with government | **ND** No data for this period |

7247-02-00-0010812-0008-0075776

# ⚠ Your Potentially Negative Account Activity

The most common items in this section are late payments, accounts that have been charged off or sent to collection, accounts settled for less than full value, and items that may need closer attention, such as transferred accounts.

---

## CAPITAL ONE Partial Acct # 517805920661....
PO BOX 31293 SALT LAKE CITY UT 84131; (800) 955 7070

**Status (Aug 2023)** Account charged off. $447 written off.

| | |
|---|---|
| **Date opened** Feb 2021 | **Terms** Not reported |
| **Address ID #** 0064679573 | **Monthly payment** Not reported |
| **Sold to RESURGENT ACQUISITIONS LLC** | **Credit limit or original amount** $300 |
| **Type** Credit card | **High Balance** $447 |
| **Responsibility** Individual | |

**Recent Balance**
$0 as of Oct 2024

This account is scheduled to continue on record until Nov 2029.

**Comment**
Account previously in dispute - investigation complete, reported by data furnisher

**Comment:**
Purchased by another lender.

This item was updated from our processing of your dispute in Oct 2024.

**Payment history:** Feb 2021 - Oct 2024

|  | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | | |
| 2023 | OK | OK | 30 | 60 | 90 | 120 | 150 | CO | CO | CO | CO | CO |
| 2022 | 2022 In Good Standing | | | | | | | | | | | |
| 2021 | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

## Comment History

Account closed at credit grantor's request.| Sep 2024
Account previously in dispute - investigation complete, reported by data furnisher| Sep 2024 - Mar 2024| Jan 2024 - Dec 2023

| | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 | Mar24 | Jan24 | Dec23 | Oct23 | Sep23 | Jul23 | Jun23 | May23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Account Balance** | $447 | $447 | $447 | $447 | $447 | $447 | $447 | $447 | $447 | $447 | $447 | $435 | $424 | $413 |
| **Date Payment Received** | 08.08.23 | 08.08.23 | 08.08.23 | 08.08.23 | 08.08.23 | 08.08.23 | 08.08.23 | 08.08.23 | 08.08.23 | 08.08.23 | 08.08.23 | 07.08.23 | 06.08.23 | 05.08.23 |
| **Scheduled Payment Amount** | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| **Actual Amount Paid** | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $25 | $25 | $57 |

| | Apr23 | Mar23 | Feb23 | Jan23 | Dec22 | Nov22 | Oct22 |
|---|---|---|---|---|---|---|---|
| **Account Balance** | $363 | $314 | $161 | $217 | $312 | $280 | $55 |
| **Date Payment Received** | 04.08.23 | 03.08.23 | 02.08.23 | 01.09.23 | 12.08.22 | 11.08.22 | 10.11.22 |
| **Scheduled Payment Amount** | $55 | $39 | $25 | $25 | $38 | $25 | $25 |
| **Actual Amount Paid** | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

Between Oct 2022 and Sep 2024, your credit limit/high balance was $300

**Your Potentially Negative Account Activity (Continued)**

---

## CAPITAL ONE Partial Acct # 549112979010....
PO BOX 31293 SALT LAKE CITY UT 84131; (800) 955 7070

**Status (Aug 2023)** Account charged off. $2,441 written off. $2,441 past due as of Sep 2024.



| | |
|---|---|
| **Date opened** Aug 2019 | **Terms** Not reported |
| **Address ID #** 0064679573 | **Monthly payment** Not reported |
| **Type** Credit card | **Credit limit or original amount** $2,000 |
| **Responsibility** Individual | **High Balance** $3,272 |

**Recent Balance**
$2,441 as of Sep 2024

This account is scheduled to continue on record until Nov 2029.

**Comment**
Account previously in dispute - investigation complete, reported by data furnisher

**Comment:**
Account closed at credit grantor's request.

This item was updated from our processing of your dispute in Oct 2024.

**Payment history: Sep 2019 - Sep 2024**

|  | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | CO | CO | CO | CO | CO | CO | CO | CO | CO | | | |
| 2023 | OK | OK | | | | | | CO | CO | CO | CO | CO |
| 2022 | OK | OK | OK | OK | | | OK | OK | OK | OK | OK | OK |
| 2021 | | | | | 2021 In Good Standing | | | | | | | |
| 2020 | | | | | 2020 In Good Standing | | | | | | | |
| 2019 | | | | | | | | | OK | OK | OK | OK |

### Comment History
Account previously in dispute - investigation complete, reported by data furnisher| Jun 2024 - Mar 2024| Dec 2023

|  | Jun24 | May24 | Apr24 | Mar24 | Dec23 | Oct23 | Sep23 | Jul23 | Jun23 | May23 | Apr23 | Mar23 | Feb23 | Jan23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $2,441 | $2,441 | $2,441 | $2,441 | $2,441 | $2,441 | $2,441 | $2,380 | $1,862 | $2,265 | $2,170 | $2,079 | $1,931 | $1,905 |
| Date Payment Received | 08.16.23 | 08.16.23 | 08.16.23 | 08.16.23 | 08.16.23 | 08.16.23 | 08.16.23 | 07.17.23 | 06.16.23 | 05.16.23 | 04.17.23 | 03.16.23 | 02.16.23 | 01.16.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $85 | $71 | $117 | $112 | $99 | $62 | $66 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

|  | Dec22 | Nov22 | Oct22 |
|---|---|---|---|
| Account Balance | $1,920 | $1,938 | $1,971 |
| Date Payment Received | 12.16.22 | 11.16.22 | 10.18.22 |
| Scheduled Payment Amount | $65 | $84 | $78 |
| Actual Amount Paid | No Data | No Data | No Data |

Between Oct 2022 and Jun 2024, your credit limit/high balance was $2,000

---

## DISCOVER BANK Partial Acct # 601100216413....
PO BOX 30939 SALT LAKE CITY UT 84130; (800) 347 2683

**Status (Aug 2023)** Account charged off. $3,652 written off. $3,652 past due as of Oct 2024.

| | |
|---|---|
| **Date opened** May 2021 | **Terms** Not reported |
| **Address ID #** 0064679573 | **Monthly payment** Not reported |
| **Type** Credit card | **Credit limit or original amount** $3,000 |
| **Responsibility** Individual | **High Balance** $3,652 |

**Recent Balance**
$3,652 as of Oct 2024

This account is scheduled to continue on record until Oct 2029.

**Comment**
Account previously in dispute - investigation complete, reported by data furnisher

This item was updated from our processing of your dispute in Oct 2024.

**Payment history: Jun 2021 - Oct 2024**

|  | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | | |
| 2023 | OK | | | | | | | 180 | CO | CO | CO | CO |
| 2022 | | | | | 2022 In Good Standing | | | | | | | |
| 2021 | | | | | | OK | OK | OK | OK | OK | OK | OK |

|  | Aug24 | Jul24 | Jun24 | May24 | Apr24 | Mar24 | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 | Aug23 | Jul23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $3,652 | $3,652 | $3,652 | $3,652 | $3,652 | $3,652 | $3,652 | $3,652 | $3,652 | $3,652 | $3,652 | $3,652 | $3,652 | $3,652 |
| Date Payment Received | 02.09.23 | 02.09.23 | 02.09.23 | 02.09.23 | 02.09.23 | 02.09.23 | 02.09.23 | 02.09.23 | 02.09.23 | 02.09.23 | 02.09.23 | 02.09.23 | 02.09.23 | 02.09.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

7247-02-00-0010812-0007-0075575

Exhibit E







Exhibit F

 **experian.**

Prepared For **ANAYA L. WOOLFOLK**  **Date generated:** Nov 18, 2024

**CAPITAL ONE** $2,441

**21 potentially negative months** Closed

### 🗂 Account info

| | | | |
|---|---|---|---|
| Account name | **CAPITAL ONE** | Balance | **$2,441** |
| Account number | **549112XXXXXX** | Balance updated | **Oct 24, 2024** |
| Original creditor | **-** | Credit limit | **$2,000** |
| Company sold | **-** | Monthly payment | **-** |
| Account type | **Credit card** | Last Payment Date | **Aug 16, 2023** |
| Date opened | **Aug 26, 2019** | Past due amount | **$2,441** |
| Open/closed | **Closed** | Highest balance | **$3,272** |
| Status | **Account charged off. $2,441 written off. $2,441 past due as of Oct 2024.** | Terms | **-** |
| | | Responsibility | **Individual** |
| | | Your statement | **-** |
| Status updated | **Aug 2023** | | |

### 💲 Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | - | - |
| 2023 | ✓ | ✓ | 30 | 60 | 90 | 120 | 150 | CO | CO | CO | CO | CO |
| 2022 | ✓ | ✓ | ✓ | ✓ | 30 | 30 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | - | - | - | - | - | - | - | - | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met    CO Charge off    30 Past due 30 days
60 Past due 60 days    90 Past due 90 days    120 Past due 120 days
150 Past due 150 days    - Data Unavailable

### ✉ Contact info

| | |
|---|---|
| Address | **PO BOX 31293 SALT LAKE CITY, UT 84131** |
| Phone number | **(800) 955-7070** |

### 📄 Comments

**Account closed at credit grantor's request**

**Account previously in dispute - investigation complete, reported by data furnisher**



Prepared For **ANAYA L. WOOLFOLK**    **Date generated:** Nov 18, 2024

---

**DISCOVER BANK**                                             **$3,652**

**19** potentially negative months                                     Closed

### 🗎 Account info

| | | | |
|---|---|---|---|
| Account name | **DISCOVER BANK** | Balance | **$3,652** |
| Account number | **601100XXXXXX** | Balance updated | **Oct 23, 2024** |
| Original creditor | **-** | Credit limit | **$3,000** |
| Company sold | **-** | Monthly payment | **-** |
| Account type | **Credit card** | Last Payment Date | **Feb 09, 2023** |
| Date opened | **May 06, 2021** | Past due amount | **$3,652** |
| Open/closed | **Closed** | Highest balance | **$3,652** |
| Status | **Account charged off. $3,652 written off. $3,652 past due as of Oct 2024.** | Terms | **-** |
| | | Responsibility | **Individual** |
| | | Your statement | **-** |
| Status updated | **Aug 2023** | | |

### $ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | - | - |
| 2023 | ND | 30 | 60 | 90 | 120 | 150 | 180 | CO | CO | CO | CO | CO |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | - | - | - | - | - | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| | | |
|---|---|---|
| ✓ Current / Terms met | CO Charge off | ND No data for this period |
| 30 Past due 30 days | 60 Past due 60 days | 90 Past due 90 days |
| 120 Past due 120 days | 150 Past due 150 days | 180 Past due 180 days |
| - Data Unavailable | | |

### ✉ Contact info

| | |
|---|---|
| Address | **PO BOX 30939 SALT LAKE CITY, UT 84130** |
| Phone number | **(800) 347-2683** |

### 🗎 Comments

**Account previously in dispute - investigation complete, reported by data furnisher**